**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERT VALLEY HOSPITAL, INC., A CALIFORNIA CORPORATION DOING BUSINESS AS DESERT VALLEY HOSPITAL,<br><br>    Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC.<br><br>    Defendant. | Case Nos. EDCV 11-01584 VAP (OPx); **EDCV 11-01585** VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 9, 2012

VIRGINIA A. PHILLIPS
United States District Judge